UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| GENIFFER M. SILLETTA, | ) | No. SA CV 11-789-PLA |
| Plaintiff, | ) ) | |
| v. | ) ) | **JUDGMENT** |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) ) ) ) | |
| Defendant. | ) ) | |

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social Security Administration, is reversed and this case is remanded for further administrative proceedings consistent with the Memorandum Opinion.

DATED: March 8, 2012                              /s/ - Paul L. Abrams
                                                                PAUL L. ABRAMS
                                            UNITED STATES MAGISTRATE JUDGE