DONALD R. BUCHANAN
Shapin and Buchanan
2000 E. Fourth Street., Suite 120
Santa Ana, California  92705
Telephone: (714) 567-0188
Fax: (714) 567-0029
E-mail: Donssatty@aol.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| GENIFFER SILLETTA, | No.  SACV 11-789 (PLA) |
| Plaintiff, | ORDER AWARDING EAJA FEES |
| v. | |
| MICHAEL J. ASTRUE, Commissioner Of Social Security, | |
| Defendant. | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND – FOUR HUNDRED AND EIGHTY-SEVEN DOLLARS and no cents ($3,487.00) subject to the terms of the stipulation.

*/s/ Paul L. Abrams*

DATE:  April 16, 2012   _____

                                  UNITED STATES MAGISTRATE JUDGE