1  DONALD R. BUCHANAN
2  Shapin and Buchanan
   2000 E. Fourth Street., Suite 120
3  Santa Ana, California  92705
4  Telephone: (714) 567-0188
   Fax: (714) 567-0029
5  E-mail: Donssatty@aol.com
6
7  Attorney for Plaintiff
8
9
10
11                    UNITED STATES DISTRICT COURT
12      CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION
13  GENIFFER SILLETTA,                )   No.  SACV 11-789 (PLA)
14                                    )
        Plaintiff,                    )   ORDER AWARDING
15                                    )   EAJA FEES
16      v.                            )
                                      )
17  MICHAEL J. ASTRUE,                )
18  Commissioner Of Social Security,  )
                                      )
19                                    )
        Defendant.                    )
20  _____)

21      Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

22      IT IS ORDERED that EAJA fees are awarded in the amount of THREE

23  THOUSAND – FOUR HUNDRED AND EIGHTY-SEVEN DOLLARS and no cents

24  ($3,487.00) subject to the terms of the stipulation.

25

26

27

28      DATE:  April 16, 2012  _____

                               UNITED STATES MAGISTRATE JUDGE

-1-