DONALD R. BUCHANAN
Shapin and Buchanan
2000 E. Fourth Street., Suite 120
Santa Ana, California 92705
Telephone: (714) 567-0188
Fax: (714) 567-0029
E-mail: Donssatty@aol.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| GENIFFER SILLETTA,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner Of Social Security,<br><br>  Defendant. | No. SACV 11-789 (PLA)<br><br>[PROPOSED] ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND – FOUR HUNDRED AND EIGHTY-SEVEN DOLLARS and no cents ($3,487.00) subject to the terms of the stipulation.

DATE: 1/14/13  _____

UNITED STATES MAGISTRATE JUDGE